

# Fourth Court of Appeals
## San Antonio, Texas

March 19, 2014

No. 04-13-00888-CV

**SPECIALTY SELECT CARE CENTER OF SAN ANTONIO LLC**
d/b/a Casa Rio Healthcare and Rehabilitation,
Appellant

v.

Jose **FLORES**, as next friend of Julie Flores,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-04577
Honorable Karen H. Pozza, Judge Presiding

**O R D E R**

Sitting: Sandee Bryan Marion, Justice
    Marialyn Barnard, Justice
    Luz Elena D. Chapa, Justice

Appellant has filed a motion to abate this appeal because one of the issues presented in the appeal is the same issue pending in petitions for review filed in *Williamsburg Care Co. L.P. v. Acosta*, 406 S.W.3d 711 (Tex. App.—San Antonio 2013, pet. filed), *Fredericksburg Care Co. L.P. v. Lira*, 407 S.W.3d 810 (Tex. App.—San Antonio 2013, pet. filed), and *Fredericksburg Care Co. L.P. v. Perez*, 406 S.W.3d 313 (Tex. App.—San Antonio 2013, pet. filed). This court has considered the motion, the appellee's response, and the appellant's reply to the appellee's response. In light of the pending higher court review of the precedent previously established by this court, the court has determined that abating this appeal pending the Texas Supreme Court's resolution of the issue will likely achieve the greatest judicial efficiency. Accordingly, appellant's motion to abate is GRANTED. For administrative purposes, this appeal will be treated as a closed case, unless and until appellant files a motion requesting its reinstatement following the Texas Supreme Court's resolution of the issue.

Appellant's motion for extension of time to file reply brief is DENIED AS MOOT.

It is so **ORDERED** on March 19, 2014.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court